CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center

Plaintiff(s)

Civil Action No. 12-01282

vs.

Office of the Director of National Intelligence

Defendant(s)

## AFFIDAVIT OF MAILING

I, Ginger P. McCall, hereby state that:

On the 31st day of August, 2012, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Office of the Director of National Intelligence, Office of General Counsel, Washington, DC 20511

I have received the receipt for the certified mail, No. 70102780000198236051 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 6th day of September, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

September 14, 2012
(Date)

(Signature)



English | Customer Service | USPS Mobile | Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | First-Class Mail® | Delivered | September 06, 2012, 7:24 am | WASHINGTON, DC 20505 | Expected Delivery By: September 1, 2012 Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | September 05, 2012, 10:39 am | WASHINGTON, DC 20505 | |
| | | Arrival at Unit | September 05, 2012, 10:33 am | WASHINGTON, DC 20018 | |
| | | Dispatched to Sort Facility | August 31, 2012, 6:02 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | August 31, 2012, 3:27 pm | WASHINGTON, DC 20009 | |

## Check on Another Item

What's your label (or receipt) number?

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20511 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.10 | 0277 |
| Certified Fee | $2.95 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.05 | 08/31/2012 |

Sent To: Offc. of Gen Counsel
Street, Apt. No.; or PO Box No.: ODNI
City, State, ZIP+4: Washington DC 20511

PS Form 3800, August 2006    See Reverse for Instructions

7011 0780 0001 4823 6051

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center

Plaintiff(s)

Civil Action No. 12-01282

vs.

Office of the Director of National Intelligence

Defendant(s)

### AFFIDAVIT OF MAILING

I, Ginger P. McCall , hereby state that:

On the 31st day of August , 2012 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Attorney for the District of Columbia, 555 4th Ave. NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 70102780000198236037 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 5th day of September , 2012 .

I declare under penalty of perjury that the foregoing is true and correct.

September 14, 2012
(Date)

(Signature)



Search USPS.com or Track Packages

Quick Tools　　Ship a Package　　Send Mail　　Manage Your Mail　　Shop　　Business Solutions

# Track & Confirm

GET EMAIL UPDATES　　PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | First-Class Mail® | Delivered | September 05, 2012, 10:50 am | WASHINGTON, DC 20530 | Expected Delivery By: September 1, 2012 Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | September 05, 2012, 10:47 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | September 05, 2012, 8:48 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | August 31, 2012 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | August 31, 2012, 9:12 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | August 31, 2012, 6:02 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | August 31, 2012, 3:28 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›



CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_____
Plaintiff(s)

Civil Action No. __12-01282__

vs.

Office of the Director of National Intelligence
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, __Ginger P. McCall_____, hereby state that:

On the __31st__ day of __August_____, __2012__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General Eric Holder, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530

I have received the receipt for the certified mail, No. __70102780000198236044__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __5th__ day of __September_____, __2012__.

I declare under penalty of perjury that the foregoing is true and correct.

__September 14, 2012__       _____
(Date)                                            (Signature)



# USPS.COM

Search USPS.com or Track Packages

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | First-Class Mail® | Delivered | September 05, 2012, 10:50 am | WASHINGTON, DC 20530 | Expected Delivery By: September 1, 2012 Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | September 05, 2012, 10:47 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | September 05, 2012, 8:47 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | August 31, 2012 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | August 31, 2012, 9:12 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | August 31, 2012, 6:02 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | August 31, 2012, 3:28 pm | WASHINGTON, DC 20009 | |

## Check on Another Item

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

