**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>v. )<br>)<br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE )<br>)<br>Defendant. )<br>) | No. 1:12-cv-01282 (JEB) |

# **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report and Proposed Schedule, it is hereby

ORDERED that the briefing schedule in this matter shall be entered as follows:

| | |
|---|---|
| Defendant's First Production of Documents: | No later than December 14, 2012 |
| Defendant's Final Production of Documents: | No later than February 12, 2013 |
| Defendant's Motion for Summary Judgment: | No later than March 14, 2013 |
| Plaintiff's Opposition and Cross-Motion: | No later than April 17, 2013 |
| Defendant's Reply and Opposition: | No later than May 1, 2013 |
| Plaintiff's Reply: | No later than May 15, 2013 |

So ordered on this _____ day of _____ 2012.

_____
United States District Judge