**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | 1:12-cv-1282 (JEB) |
| vs. | ) ) ) | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE | ) ) ) | |
| Defendant. | ) ) | |

# **[PROPOSED] ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time, it is

ORDERED that the briefing schedule in this matter shall be revised as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | No later than May 10, 2013; |
| Plaintiff's Opposition and Cross-Motion: | No later than June 14, 2013; |
| Defendant's Reply and Opposition: | No later than June 28, 2013; |
| Plaintiff's Reply: | No later than July 12, 2013. |

So ordered on this _____ day of _____ 2013.

_____
United States District Judge