**EXHIBIT A**

epic.org

1718 Connecticut Ave NW
Suite 200
Washington DC 20009
USA

+1 202 483 1140 [tel]
+1 202 483 1248 [fax]

www.epic.org

March 28, 2012

VIA FACSIMILE: 703-874-8910

FOIA Officer
Office of the Director of National Intelligence
Washington, DC 20511

Re: Freedom of Information Act Request

Dear FOIA Officer,

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of the Electronic Privacy Information Center ("EPIC") to the Office of the Director of National Intelligence ("ODNI").

EPIC seeks that National Counterterrorism Center's ("NCTC") "priority list" of databases that the Center intends to copy in their entirety.

Background

On March 22, 2012, the New York Times reported that Attorney General Eric Holder had signed new guidelines for the NCTC, which would relax restrictions on how counterterrorism analysts may retrieve, store, and search information about Americans.[1] The Washington Post corroborated this.[2]

These new guidelines allow the NCTC to make more copies of entire databases then data mine those copies using complex algorithms.[3]

This article referenced a "priority list" that was developed by the NCTC. This document sets forth a list of databases that the Center plans to copy in their entirety.[4] However, officials declined to say which databases were included on this list.[5]

---

[1] Charlie Savage, *U.S. Relaxes Limits on Use of Data in Terror Analysis*, New York Times, Mar. 22, 2012, http://www.nytimes.com/2012/03/23/us/politics/us-moves-to-relax-some-restrictions-for-counterterrorism-analysis.html?_r=1
[2] Sari Horwitz and Ellen Nakashima, *New Counterterrorism Guidelines Permit Data on U.S. Citizens to be Held Longer*, Mar. 22, 2012, http://www.washingtonpost.com/world/national-security/new-counterterrorism-guidelines-would-permit-data-on-us-citizens-to-be-longer/2012/03/21/gIQAFLm7TS_story.html?wpss=
[3] Charlie Savage, *U.S. Relaxes Limits on Use of Data in Terror Analysis*, New York Times, Mar. 22, 2012, http://www.nytimes.com/2012/03/23/us/politics/us-moves-to-relax-some-restrictions-for-counterterrorism-analysis.html?_r=1
[4] *Id.*

EPIC now requests the priority list discussed in the article. Because the ODNI is the parent agency if the NCTC, we direct this request to you.[6]

Documents Requested

EPIC requests the following document:

1. The "priority list" of databases that the National Counterterrorism Center plans to copy.

Request for "News Media" Fee Status

EPIC is a "representative of the news media" for fee waiver purposes.[7] Based on our status as a "news media" requester, we are entitled to receive the requested record with only duplication fees assessed. Further, because disclosure of this information will "contribute significantly to public understanding of the operations or activities of the government," any duplication fees should be waived.

Thank you for your consideration of this request. As provided in 6 C.F.R. § 5.5(d)(4), I will anticipate your determination on our request within twenty (20) business days. For questions regarding this request I can be contacted at 202-483-1140 ext. 102 or FOIA@epic.org.

Respectfully Submitted,

Ginger P. McCall
Director, EPIC Open Government Project

---

[5] Id.
[6] Office of the Director of National Intelligence, homepage, http://www.dni.gov/index.html
[7] EPIC v. Department of Defense, 241 F. Supp. 2d 5 (D.D.C. 2003).

**EXHIBIT B**

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

MAR 29 2012

Ms. Ginger P. McCall
Electronic Privacy Information Center
1718 Connecticut Avenue
Suite 200
Washington, DC 20009

Reference: DF-2012-00059

Dear Ms. McCall:

We received your 28 March 2012 facsimile addressed to the Office of the Director of National Intelligence, wherein you requested, under the Freedom of Information Act (FOIA), the following:

"1. The 'priority list' of databases that the National Counterterrorism Center plans to copy."

We accept your request and it will be processed in accordance with the FOIA, 5 U.S.C. § 552, as amended. If you have any questions, please call the Requester Service Center at (703) 874-8500.

Sincerely,

John F. Hackett
Director, Information Management Office

**EXHIBIT C**

ELECTRONIC PRIVACY INFORMATION CENTER

# epic.org

June 8, 2012

VIA FACSIMILE: 703-874-8910

FOIA Officer
Office of the Director of National Intelligence
Washington, DC 20511

Re: Freedom of Information Act Appeal

*[handwritten: DF-2012-00054 APPEAL Ref B]*

1718 Connecticut Ave NW
Suite 200
Washington DC 20009
USA
+1 202 483 1140 (tel)
+1 202 483 1249 (fax)
www.epic.org

Dear FOIA Officer:

This letter constitutes an appeal under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted to the Office of the Director of National Intelligence ("ODNI") by the Electronic Privacy Information Center ("EPIC").

On March 28, 2012, EPIC requested, via facsimile, the following:

1. The "priority list" of databases that the National Counterterrorism Center plans to copy.[1]

Procedural Background

On March 28, 2012, EPIC transmitted a request for the preceding document ("EPIC's FOIA Request"), as well as a request for news media fee status and a waiver of duplication fees.[2]

In a letter dated March 29, 2012, ODNI responded to EPIC's FOIA Request. The agency responded with an acknowledgment of EPIC's FOIA Request.[3]

EPIC has received no further communication from the ODNI in response to EPIC's FOIA Request. More than twenty working days have passed since the ODNI acknowledged EPIC's FOIA Request.

EPIC Appeals the ODNI's Failure to Disclose Records Responsive to Category 1

EPIC hereby appeals the ODNI's failure to make a timely determination regarding EPIC's FOIA Request. Typically, an agency must make a determination regarding a FOIA

---

[1] Appendix 1.
[2] *Id.*
[3] Appendix 2.

1

request within twenty working days.[4] EPIC received ODNI's acknowledgment letter on March 29, 2012. That letter acknowledged that ODNI had received EPIC's FOIA request. The agency's statutory deadline to respond expired on April 26, 2012.

ODNI's March 29, 2012 acknowledgment letter is not a determination. A "determination" must include at least a list of the documents to which the requester is being denied access and reasons for the withholding. "Denial of this information would in all likelihood be a violation of due process as well as effectively gutting the reasons for applying the exhaustion doctrine in FOIA cases."[5] More than twenty working days have passed since the ODNI acknowledged EPIC's FOIA Request.

An agency's "acknowledgement" of a request "cannot be construed as a 'determination' . . . if it does not grant or deny the right to appeal."[6] The ODNI has not responded to EPIC's FOIA Request, and therefore a determination has not been made as to the documents under these categories. The failure to make a determination violates the FOIA.

EPIC Renews Its Request for "News Media" Fee Status

At this time, EPIC reiterates and renews all arguments that it should be granted "news media" fee status. EPIC is a non-profit, educational organization that routinely and systematically disseminates information to the public. EPIC is a representative of the news media.[7]

EPIC's status as a "news media" requester entitles it to receive requested records with only duplication fees assessed. In addition, because disclosure of this information will "contribute significantly to public understanding of the operations or activities of the government," any duplication fees should be waived.

---

[4] 5 U.S.C. § 552(a)(6); see also Wash. Post v. Dep't of Homeland Sec., 459 F. Supp. 2d 61, 74 (D.D.C. 2006) (citing Payne Enterprises v. United States, 837 F.2d 486, 494 (D.C. Cir. 1998)) (stating, "FOIA was created to foster public awareness, and failure to process FOIA requests in a timely fashion is 'tantamount to denial.'").
[5] Shermco Indus., Inc. v. Sec'y of Air Force, 452 F. Supp. 306, 317 n.7 (N.D Texas 1978) rev'd on other grounds, 613 F.2d 1314 (5th Cir. 1980); see also Oglesby v. Dep't of Army, 920 F.2d 57, 65 (D.C. Cir. 1990) (citing Shermco Indus., Inc. v. Sec'y of Air Force, 452 F. Supp. 306 (N.D. Tex. 1978)).
[6] Martinez v. F.B.I., No. 82-1547 (D.D.C. Oct. 11, 1983) (citing Shermco Indus., Inc., v. Sec'y of Air Force, 452 F. Supp. 306 (N.D. Tex. 1978) and Marschner v. Dep't of State, 470 F. Supp. 196, 199 (D. Conn. 1979)).
[7] EPIC v. Dep't of Defense, 241 F. Supp. 2d 5 (D.D.C. 2003).

Conclusion

Thank you for your prompt response to this appeal. I anticipate that you will produce responsive documents within twenty working days of this appeal. If you have any questions, please feel free to contact me at (202) 483-1140 x 102 or FOIA@epic.org.

Sincerely,

Ginger P. McCall
Director, EPIC Open Government Project

/enclosure

3