# EXHIBIT  D

Office of the Director of National Intelligence
Washington, DC 20511


Ms. Ginger P. McCall                                  JUN 1 5 2012
Electronic Privacy Information Center
1718 Connecticut Avenue
Suite 200
Washington, DC 20009

Reference: DF-2012-00059

Dear Ms. McCall:

We received your 8 June 2012 facsimile to the Office of the Director of National Intelligence (ODNI), wherein you appealed our lack of response to your 28 March 2012 request, under the Freedom of Information Act (FOIA), for the **"...National Counterterrorism Center's ('NCTC') 'priority list' of databases that the Center intends to copy in its entirety."**

We accept your appeal and it will be processed in accordance with the FOIA, 5 U.S.C. § 552, as amended. If you have any questions, please call the ODNI Requester Service Center at (703) 874-8500.

Sincerely,

John F. Hackett
Director, Information Management Office

# EXHIBIT E

Office of the Director of National Intelligence
Washington, DC 20511

Ms. Ginger McCall                                             DEC 14 2012
Director, EPIC Open Government Project
1718 Connecticut Ave NW
Suite 200
Washington, DC 20009

Reference: DF-2012-00059

Dear Ms. McCall:

This responds to your 28 March 2010 letter to the Office of the Director of National
Intelligence (ODNI), wherein you requested, under the Freedom of Information Act (FOIA),
**"National Counterterrorism Center's ('NCTC') 'priority list' of databases that the Center
intends to copy in their entirety."**

Your request was processed in accordance with the FOIA, 5 U.S.C. § 552, as amended.
It is determined that three documents (enclosed) may be released in segregable form with
deletions made pursuant to FOIA Exemptions 1, 3, 5 and 7(E); 5 U.S.C. § 552 (b)(1), (b)(3),
(b)(5) and (b)(7)(E).

Exemption 1 protects information which is currently and properly classified in
accordance with Executive Order 13526. Exemption 3 protects information that is specifically
protected by statute. In this case, the applicable statute is the National Security Act of 1947, as
amended, which protects information pertaining to intelligence sources and methods. Exemption
5 protects privileged inter-agency or intra-agency information, which, in this case, is pre-
decisional in nature. Exemption 7(E) protects information that would disclose techniques and
procedures that could enable the circumvention of security procedures.

The ODNI regulations governing administrative appeals are set forth in 32 C.F.R. §
1700.13. Those regulations state that no appeal shall be accepted in the information in question
is the subject of pending litigation in the federal courts.

Sincerely,

John F. Hackett
Chief, Information and Data Management Group

Enclosures

# EXHIBIT  F

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

MAY 0 8 2013

Ms. Ginger P. McCall
Electronic Privacy Information Center
1718 Connecticut Avenue NW
Suite 200
Washington, DC 20009

Reference: DF-2012-00059; EPIC v. ODNI, Case # 1:12-cv-01282-JEB

Dear Ms. McCall:

   This is a supplemental response to your 28 March 2012 letter to the Office of the Director of National Intelligence (ODNI), wherein you requested, under the Freedom of Information Act (FOIA), **"The 'priority list' of databases that the National Counterterrorism Center's ('NCTC') Center intends to copy in their entirety."**

   Your request was processed in accordance with the FOIA, 5 U.S.C. § 552, as amended. ODNI has reviewed the three previously released documents responsive to your request and has determined that we can release additional information in two of three documents. The documents are #C05947914, titled "Counterterrorism Data Layer (CTDL): Datasets Ingested or Identified for Evaluation for Ingestion Pursuant to Track 3 of the NCTC Specific USP Guideline" and #C05947903, titled, "Counterterrorism Data Layer (CTDL): Status of Data Ingestion of Track 3 Datasets", containing 6 total pages (enclosed) can be released in segregable form with deletions made pursuant to FOIA Exemptions (b)(1), (b)(3), (b)(5) and (b)(7)(E).

   Exemption (b)(1) protects information which is currently and properly classified in accordance with Executive Order 13526. Exemption (b)(3) protects information that is specifically protected by statute. In this case, the applicable statute is the National Security Act of 1947, as amended, which protects information pertaining to intelligence sources and methods. Exemption (b)(5) protects privileged inter-agency or intra-agency information, which in this case, is pre-decisional in nature. Exemption (b)(7)(E) protects information that would disclose techniques and procedures that could enable the circumvention of security procedures.

   The ODNI regulation governing administrative appeals are set forth in 32 C.F.R § 1700.13. This regulation states that no appeal shall be accepted if the information in question is the subject of pending litigation in the federal courts.

   If you have any questions, please call the Requester Service Center at (703) 874-8500.

Sincerely,

Jacqueline Winns
Acting Chief, Information and Management Data Group

Enclosures