# Exhibit 2

## Soskin, Eric (CIV)

| | |
|---|---|
| **From:** | Soskin, Eric (CIV) |
| **Sent:** | Friday, October 12, 2012 3:54 PM |
| **To:** | Ginger McCall |
| **Cc:** | Marc Rotenberg (rotenberg@epic.org) |
| **Subject:** | RE: Follow-up |

Ginger:

Our proposal is for the parties to agree to limit the scope of the four FOIA requests at issue in this litigation in two ways:
1) To include only records related to the revised NCTC guidelines of March, 2012
2) For requests 2012-00059, 2012-0091, 2012-0092, and parts 1, 2, and 4 of 2012-0090, to documents that are final and not predecisional or deliberative in nature;
    a. For part 1 of request 2012-00090, we would interpret this to limit the request only to "guidelines" or "mechanisms" that either: 1) formally established policies or procedures to be followed by the agency or: 2) describe policies or procedures that were actually followed by the agency.  For part 2 of request 2012-00090, we would interpret this to encompass only the final versions of materials used for or intended to be used for training and to exclude any draft training materials.  For part 4 of request 2012-00090, we would interpret this to encompass only formal determinations or decisions, and not any deliberative or predecisional materials. As to part 3 of request 2012-0090, we do not interpret the limitation to have any effect.
    b. For request 2012-00091, part 1, we would interpret this to include only terms and conditions or other procedures "govern[ing] access to or acquisition of datasets" under the guidelines that were either followed or constituted a policy to be followed by the agency.   For request 2012-00091, part 2, we would interpret this to limit the request only to a written objection from the head of a department or agency or the DNI, as described in Guideline Section (B)(2)(a), and any formal response to such an objection.
    c. For request 2012-00092, we would interpret this to include only guidelines or memoranda that set forth a standard to be followed or a standard actually followed for the terms described and to exclude any draft guidelines or memoranda.

We look forward to your feedback.

Thanks,
Eric

---

**From:** Ginger McCall [mailto:mccall@epic.org]
**Sent:** Friday, October 12, 2012 2:20 PM
**To:** Soskin, Eric (CIV)
**Cc:** rotenberg@epic.org
**Subject:** Re: Follow-up

We are currently in a meeting. We will call you when it concludes.
--
Sent from my Android phone with K-9 Mail. Please excuse my brevity.

"Soskin, Eric (CIV)" <Eric.Soskin@usdoj.gov> wrote:
Ginger,

1

Is there a direct-dial number I can reach you at? If not, could you give me a call at 202-353-0533 so we can talk further?

Thanks,
Eric