IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) v. ) OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ) ) ) ) ) Defendant. ) ) | Civil Action No. 1:12-cv-1282-JEB |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING**

Plaintiff the Electronic Privacy Information Center opposes Defendant's May 10, 2013 Motion for Summary Judgment and cross-moves for summary judgment.

Plaintiff's Memorandum of Points and Authorities and a Proposed Order are filed herewith.

Plaintiff requests an oral hearing on the parties' cross motions. LCvR 7(f).

          Respectfully submitted,
          _____/s/ Ginger P. McCall_____
          GINGER P. MCCALL (DC Bar # 1001104)
          MARC ROTENBERG (DC Bar # 422825)
          Electronic Privacy Information Center
          1718 Connecticut Ave. NW, Suite 200
          Washington, DC 20009
          (202) 483-1140
          *Counsel for Plaintiff*

Dated: June 14, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2012, I served the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING, including all exhibits and attachments, by electronic case filing upon:

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

                                            Respectfully submitted,
                                            _____/s/ Ginger P. McCall_____
                                            GINGER P. MCCALL (DC Bar # 1001104)
                                            MARC ROTENBERG (DC Bar # 422825)
                                            Electronic Privacy Information Center
                                            1718 Connecticut Ave. NW, Suite 200
                                            Washington, DC 20009
                                            (202) 483-1140
                                            *Counsel for Plaintiff*

Dated: June 14, 2013