**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,**<br><br>    **Defendant.** | Civil Action No.  12-1282 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion is GRANTED;

2. Plaintiff's Cross-Motion is DENIED; and

3. Judgment is ENTERED in favor of Defendant.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  October 9, 2013

1