IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br>v. )<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE )<br><br>Defendant. ) | No. 1:12-01282 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs, as well as any opposition and reply thereto, it is hereby

ORDERED that Plaintiff's Motion is GRANTED, and it is further

ORDERED that Defendant pay Plaintiff's attorneys' fees and costs in this matter in the amount of $8,828.50 within thirty (30) days of the date of this order.

So ordered on this _____ day of _____, 2013

_____
United States District Judge