**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>  Plaintiff,<br>  v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>  Defendant. | No. 1:12-01282 (JEB) |

**BILL OF LITIGATION FEES AND COSTS**

Costs:
Filing Fee, EPIC v. ODNI (Filed August 1, 2012):  $350.00

Fees:
Litigation Fees, Marc Rotenberg:
 $505 (Laffey) x 4.1 hours  $2,070.50

Litigation Fees, Ginger McCall:
 $290 (Laffey) x 15.00 hours  $4,350.00

Litigation Fees, Julia Horwitz:
 $245 (Laffey) x 8.4 hours  $3,430.00

Total:  $8,828.50