Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

| Case No. |
| :---: |
| **EPIC v ODNI** |

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/27/2012 | Ginger McCall | 2.1 | $290.00 | $609.00 |
| | **Description:** Draft complaint. | | | |
| 7/31/2012 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Conference to discuss revisions to complaint (Other EPIC staff present: G. McCall) | | | |
| 7/31/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** Conference to discuss revisions to complaint (Other EPIC staff present: M. Rotenberg) | | | |
| 7/31/2012 | Ginger McCall | 1.0 | $290.00 | $290.00 |
| | **Description:** Edit complaint. | | | |
| 7/31/2012 | Marc Rotenberg | 0.4 | $505.00 | $202.00 |
| | **Description:** Review complaint | | | |
| 8/1/2012 | Ginger McCall | 0.8 | $290.00 | $232.00 |
| | **Description:** Draft filing documents | | | |
| 8/1/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** File complaint and associated documents | | | |
| 8/23/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** Tele-Conference with court regarding summons error on the docket | | | |
| 8/30/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** Draft summons | | | |
| 8/31/2012 | Ginger McCall | 1.1 | $290.00 | $319.00 |
| | **Description:** Edit summons | | | |
| 9/14/2012 | Ginger McCall | 1.5 | $290.00 | $435.00 |
| | **Description:** Draft return of service affidavits | | | |

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

| | Case No. EPIC v ODNI |
|---|---|

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/14/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** File return of service affidavits | | | |
| 10/1/2012 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** Conference to discuss the agency's answer (Other EPIC staff present: A. Butler) | | | |
| 10/1/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** Research affirmative defenses and FOIA | | | |
| 10/1/2012 | Ginger McCall | 0.7 | $290.00 | $203.00 |
| | **Description:** Review agency's answer and EPIC's filings | | | |
| 10/2/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** E-Mail to discuss affirmative defenses and FOIA (Other EPIC staff present: A. Butler) | | | |
| 10/2/2012 | Ginger McCall | 1.2 | $290.00 | $348.00 |
| | **Description:** Research affirmative defenses and exhaustion of remedies | | | |
| 10/3/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference to discuss phone call with opposing counsel regarding scheduling order (Other EPIC staff present: G. McCall) | | | |
| 10/3/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** Conference to discuss phone call with opposing counsel regarding scheduling order (Other EPIC staff present: M. Rotenberg) | | | |
| 10/3/2012 | Ginger McCall | 0.6 | $290.00 | $174.00 |
| | **Description:** Draft proposed schedule | | | |
| 10/3/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Tele-Conference with opposing counsel to discuss scheduling  (Other EPIC staff present: G. McCall) | | | |
| 10/3/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** Tele-Conference with opposing counsel to discuss scheduling  (Other EPIC staff present: M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

### Case No.
### EPIC v ODNI

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/10/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** E-Mail with opposing counsel | | | |
| 10/12/2012 | Ginger McCall | 0.3 | $290.00 | $87.00 |
| | **Description:** Conference to discuss call with opposing counsel (Other EPIC staff present: D. Jacobs, M. Rotenberg) | | | |
| 10/12/2012 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss call with opposing counsel (Other EPIC staff present: D. Jacobs, G. McCall) | | | |
| 10/12/2012 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** E-Mail with opposing counsel | | | |
| 10/12/2012 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** E-Mail with opposing counsel | | | |
| 10/12/2012 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Tele-Conference with opposing counsel (Other EPIC staff present: D. Jacobs, G. McCall) | | | |
| 10/12/2012 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** Tele-Conference with opposing counsel (Other EPIC staff present: D. Jacobs, M. Rotenberg) | | | |
| 10/12/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with opposing counsel (Other EPIC staff present: G. McCall) | | | |
| 10/12/2012 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** Tele-Conference with opposing counsel (Other EPIC staff present: M. Rotenberg) | | | |
| 10/15/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review proposed scheduling order | | | |
| 10/16/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review court order | | | |

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

|  |
|---|
| **Case No.**<br>**EPIC v ODNI** |

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/14/2012 | Ginger McCall | 0.7 | $290.00 | $203.00 |
| | **Description:** Review agency document disclosure | | | |
| 3/12/2013 | Ginger McCall | 0.1 | $290.00 | $29.00 |
| | **Description:** E-Mail with opposing counsel | | | |
| 3/27/2013 | Ginger McCall | 0.5 | $290.00 | $145.00 |
| | **Description:** Conference to discuss agency's proposed extension to file (Other EPIC staff present: M. Rotenberg) | | | |
| 3/27/2013 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Conference to discuss agency's proposed extension to file (Other EPIC staff present: G. McCall) | | | |
| 3/27/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail with opposing counsel | | | |
| 3/27/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail to opposing counsel | | | |
| 3/27/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Review communications from opposing counsel | | | |
| 3/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review communications from opposing counsel | | | |
| 3/27/2013 | Ginger McCall | 0.2 | $290.00 | $58.00 |
| | **Description:** Review agency responses (Other EPIC staff present: M. Rotenberg) | | | |
| 3/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review agency responses (Other EPIC staff present: G. McCall) | | | |
| 10/21/2013 | Marc Rotenberg | 0.4 | $505.00 | $202.00 |
| | **Description:** Conference to discuss fees motion (Other EPIC staff present: J. Horwitz) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

| | Case No.<br>EPIC v ODNI | | | |
|---|---|---|---|---|

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/21/2013 | Julia Horwitz | 0.4 | $245.00 | $98.00 |
| | **Description:** Conference to discuss fees motion (Other EPIC staff present: M. Rotenberg) | | | |
| 10/21/2013 | Julia Horwitz | 4.0 | $245.00 | $980.00 |
| | **Description:** Draft motion for fees and costs | | | |
| 10/22/2013 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Edit Motion for fees and bill for fees and costs | | | |
| 10/23/2013 | Julia Horwitz | 2.0 | $245.00 | $490.00 |
| | **Description:** Preparation of bills, affidavits, and exhibits for filing | | | |
| **Total Hours:** | **27.5** | | **Total Amount:** | **$8,478.50** |