# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**Case No.
EPIC v ODNI**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/31/2012 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Conference to discuss revisions to complaint (Other EPIC staff present: G. McCall) | | | |
| 7/31/2012 | Marc Rotenberg | 0.4 | $505.00 | $202.00 |
| | **Description:** Review complaint | | | |
| 10/3/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Conference to discuss phone call with opposing counsel regarding scheduling order (Other EPIC staff present: G. McCall) | | | |
| 10/3/2012 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Tele-Conference with opposing counsel to discuss scheduling  (Other EPIC staff present: G. McCall) | | | |
| 10/12/2012 | Marc Rotenberg | 0.3 | $505.00 | $151.50 |
| | **Description:** Conference to discuss call with opposing counsel (Other EPIC staff present: D. Jacobs, G. McCall) | | | |
| 10/12/2012 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Tele-Conference with opposing counsel  (Other EPIC staff present: D. Jacobs, G. McCall) | | | |
| 10/12/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Tele-Conference with opposing counsel  (Other EPIC staff present: G. McCall) | | | |
| 10/15/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review proposed scheduling order | | | |
| 10/16/2012 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review court order | | | |
| 3/27/2013 | Marc Rotenberg | 0.5 | $505.00 | $252.50 |
| | **Description:** Conference to discuss agency's proposed extension to file (Other EPIC staff present: G. McCall) | | | |
| 3/27/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail with opposing counsel | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

| | |
|---|---|
| | **Case No.** **EPIC v ODNI** |

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/27/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** E-Mail to opposing counsel | | | |
| 3/27/2013 | Marc Rotenberg | 0.1 | $505.00 | $50.50 |
| | **Description:** Review communications from opposing counsel | | | |
| 3/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review communications from opposing counsel | | | |
| 3/27/2013 | Marc Rotenberg | 0.2 | $505.00 | $101.00 |
| | **Description:** Review agency responses (Other EPIC staff present: G. McCall) | | | |
| 10/21/2013 | Marc Rotenberg | 0.4 | $505.00 | $202.00 |
| | **Description:** Conference to discuss fees motion (Other EPIC staff present: J. Horwitz) | | | |

**Total Hours:** 4.1                     **Total Amount:**     $2,070.50