# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) |
| Plaintiff, | ) ) 1:12-cv-1282 (JEB) |
| vs. | ) ) |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a) and a settlement agreement between the parties, Plaintiff Electronic Privacy Information Center and Defendant Office of the Director of National Intelligence hereby stipulate to the dismissal of with prejudice of Plaintiff's claims for attorneys' fees and costs.

Dated: November 25, 2013                                        Respectfully submitted,

\_\_\_\_/s/ Marc Rotenberg_____
Marc Rotenberg, Esq. (DC Bar # 422825)
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)
rotenberg@epic.org (email)

Attorneys for Plaintiff

STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director

\_\_\_/s Eric J. Soskin\_\_\_\_\_
Eric J. Soskin (PA Bar 200663)
U.S. Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Ave, N.W.
Washington, DC 20530
Telephone: (202) 353- 0533
Fax: (202) 305-2685
Email: Eric.Soskin@usdoj.gov

Attorneys for Defendant